BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00251-BR |
| v. | |
| ELLA DEANNE MILLER, | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| Defendant. | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020 with prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: February 26, 2021

                                                              Respectfully submitted,

                                                              BILLY J. WILLIAMS
                                                              United States Attorney

                                                              *s/ Pamela Paaso*
                                                              PAMELA PAASO
                                                              Assistant United States Attorney