UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20- cr-00251-BR |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| ELLA DEANNE MILLER, | |
| Defendant. | Rule 48(a) Fed. R. Crim. P. |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, Ella Deanne Miller, in the above-captioned case, filed on July 22, 2020 be DISMISSED with prejudice.

Dated:  March 1, 2021.

                                                                      /s/ Anna J. Brown
                                              HONORABLE ANNA J. BROWN
                                              United States Senior District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

s/ *Pamela S. Paaso*
PAMELA PAASO
Assistant United States Attorney